McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUJHAR SINGH, JASWINDER KAUR, FATEH SINGH, <br><br> Plaintiffs, <br><br> v. <br><br> Michael Chertoff, Secretary of Homeland Security, et al. <br><br> Defendants. | No. 1:07-cv-01841-AWI-SMS <br><br> JOINT STIPULATION RE: FIRST EXTENSION OF TIME IN WHICH TO FILE DEFENDANTS' ANSWER AND ORDER <br><br> SCHEDULING CONFERENCE HEARING: <br> Old Date:    March 12, 2008 <br> NEW DATE: MAY 20, 2008 <br> TIME:           9:00 A.M. <br> BEFORE:      Judge Snyder |

This is an immigration case in which plaintiffs have challenged the delay in the adjudication of their applications to adjust status by U.S. Citizenship and Immigration Services (CIS). The parties respectfully inform the Court that they are endeavoring to reach a resolution to the matter at the administrative level. Accordingly, the parties stipulate to a first extension of time in which to file the government's answer to the complaint, until April 18, 2008. The parties also request that the scheduling conference, currently set for March 12, 2008, be reset until sometime after the new answer date.

Dated: February 11, 2008

McGREGOR W. SCOTT
United States Attorney

-1-

By:    /s/Audrey Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Defendants

By:    /s/ James M. Makasian
James M. Makasian
Attorney for the Plaintiffs

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the date for filing the government's Answer to the complaint is extended to April 18, 2008, and that the scheduling conference is reset from March 12, 2008 to MAY 20, 2008 at 9:00 a.m. before Judge Snyder.

IT IS SO ORDERED.

Dated:   February 12, 2008           /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE