McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUJHAR SINGH, JASWINDER KAUR, FATEH SINGH,<br><br>    Plaintiffs,<br><br>v.<br><br>Michael Chertoff, Secretary of Homeland Security, et al.<br><br>    Defendants. | No. 1:07-cv-01841-AWI-SMS<br><br>JOINT STIPULATION RE: SECOND EXTENSION OF TIME IN WHICH TO FILE DEFENDANTS' ANSWER AND ORDER |

This is an immigration case in which plaintiffs have challenged the delay in the adjudication of their applications to adjust status by U.S. Citizenship and Immigration Services (CIS). The Court previously granted the government one extension of time, until April 18, 2008. The government respectfully informs the Court that CIS continues to endeavor to reach a resolution to the matter at the administrative level, and expects that this will occur within an additional 30 day period. Accordingly, the parties stipulate to a second extension of time in which to file the government's answer to the complaint, until May 19, 2008. The parties also request that the scheduling conference, currently set for May 20, 2008, be postponed to June 3, 2008, or to any time thereafter convenient to the Court, to allow for preparation of the scheduling conference report.

Dated: April 16, 2008

                                            McGREGOR W. SCOTT
                                            United States Attorney

By: /s/Audrey Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Defendants

By: /s/ James M. Makasian
James M. Makasian
Attorney for the Plaintiffs

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the date for filing the government's Answer to the complaint is extended to May 19, 2008, and that the scheduling conference is reset to June 10, 2008 at 9:30 a.m., telephonic appearances approved.

IT IS SO ORDERED.

Dated:   **April 18, 2008**          /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE