McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUJHAR SINGH, JASWINDER KAUR, FATEH SINGH, <br><br> Plaintiffs, <br><br> v. <br><br> Michael Chertoff, Secretary of Homeland Security, et al. <br><br> Defendants. | No. 1:07-cv-01841-AWI-SMS <br><br> JOINT STIPULATION RE: THIRD EXTENSION OF TIME IN WHICH TO FILE DEFENDANTS' ANSWER AND ORDER |

This is an immigration case in which plaintiffs have challenged the delay in the adjudication of their applications to adjust status by U.S. Citizenship and Immigration Services (CIS). The Court previously granted the government two extensions of time, until May 19, 2008. The government respectfully informs the Court that CIS continues to endeavor to reach a resolution to the matter at the administrative level, and expects that this will occur within an additional 60 day period. Accordingly, the parties stipulate to a third extension of time in which to file the government's answer to the complaint, until July 21, 2008. The parties also request that the scheduling conference, currently set for June 10, 2008, be postponed to sometime after the new answer date.

Dated: May 19, 2008

                                     McGREGOR W. SCOTT
                                     United States Attorney

By:    /s/Audrey Hemesath
        Audrey B. Hemesath
        Assistant U.S. Attorney
        Attorneys for the Defendants

By:    /s/ James M. Makasian
        James M. Makasian
        Attorney for the Plaintiffs

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the date for filing the government's Answer to the complaint is extended to July 21, 2008, and that the scheduling conference continued from June 10, 2008 at 9:30a.m. to **September 3, 2008 at 9:30a.m. before Judge Snyder**.   Joint Scheduling Conference Report due one week prior to the September 3, 2008 hearing.

IT IS SO ORDERED.

**Dated:   May 21, 2008**                          /s/ Sandra M. Snyder
                                                      UNITED STATES MAGISTRATE JUDGE