1  McGREGOR W. SCOTT
   United States Attorney
2  AUDREY B. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2729

5  Attorneys for Defendants

6

7           **IN THE UNITED STATES DISTRICT COURT FOR THE
                   EASTERN DISTRICT OF CALIFORNIA**
8

9  JUJHAR SINGH, JASWINDER KAUR,   )   No. 1:07-cv-01841-AWI-SMS
   FATEH SINGH,                    )
10                                 )   JOINT STIPULATION RE: DISMISSAL
            Plaintiffs,            )   AND ORDER
11                                 )
        v.                         )
12                                 )
   Michael Chertoff, Secretary of Homeland )
13 Security, et al.                )
                                   )
14       Defendants.               )

15 ─────────────────────────────

16
       This is an immigration case in which plaintiffs have challenged the delay in the adjudication
17
   of their applications to adjust status by U.S. Citizenship and Immigration Services (CIS).  The
18
   Court previously granted the government three extensions of time, until July 21, 2008, to allow
19
   the parties to seek a possible administrative resolution to the matter. CIS has indicated that the
20
   agency is now prepared to adjudicate the matter, and will do so within 30 days from the date of
21
   this stipulation.  Accordingly, the parties stipulate to dismissal of this action, without prejudice to
22
   reopening the matter immediately upon expiration of the 30 days in the event adjudication has
23
   not occurred.
24
                                         Respectfully submitted,
25

26

27

28 Dated: July 21, 2008
                                         McGREGOR W. SCOTT

                                         -1-

United States Attorney

By:   /s/Audrey Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Defendants

By:   /s/ James M. Makasian
James M. Makasian
Attorney for the Plaintiffs

## ORDER

The parties seek dismissal of this action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.  Rule 41(a)(1), in relevant part, reads:

> an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action. Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is without prejudice, except that a notice of dismissal operates as an adjudication upon the merits when filed by a plaintiff who has once dismissed in any court of the United States or of any state an action based on or including the same claim.

Rule 41(a)(1)(ii) thus allows the parties to dismiss an action voluntarily, after service of an answer, by filing a written stipulation to dismiss signed by all of the parties who have appeared, although an oral stipulation in open court will also suffice.  Carter v. Beverly Hills Sav. & Loan Asso., 884 F.2d 1186, 1191 (9th Cir. 1989); Eitel v. McCool, 782 F.2d 1470, 1472-73 (9th Cir. 1986).  Once the stipulation between the parties who have appeared is properly filed or made in open court, no order of the court is necessary to effectuate dismissal.  Fed. R. Civ. Pro. 41(a)(1)(ii); Eitel, 782 F.2d at 1473 n.4.  Because Plaintiffs have filed a stipulation for dismissal without prejudice as to all parties under Rule 41(a)(1)(ii) that is signed by all parties who have made an appearance, this case has terminated.  See Fed. R. Civ. Pro. 41(a)(1)(ii); In re Wolf, 842 F.2d at 466; Gardiner, 747 F.2d at 1189; see also Gambale, 377 F.3d at 139; Commercial Space Mgmt, 193 F.3d at 1077; cf. Wilson, 111 F.3d at 692.

   Therefore, IT IS HEREBY ORDERED that this action is DISMISSED and the Clerk of the Court is DIRECTED to close this case in light of the parties' filed and signed Rule 41(a)(1)(ii) Stipulation For Dismissal Without Prejudice.

IT IS SO ORDERED.

**Dated:   July 22, 2008**                             /s/ Anthony W. Ishii
                                                                   CHIEF UNITED STATES DISTRICT JUDGE